UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | No. 1:20-cr-00097-CKK-01 |
| | * | |
| **DAVID SHAH,** | * | |
| Defendant. | * | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, Allen H. Orenberg, counsel for Daniel Shah, and hereby requests leave of Court to withdraw as counsel for the defendant in this matter. As grounds, the following is stated:

1. On July 22, 2020, undersigned counsel entered his appearance pursuant to the Criminal Justice Act, *nunc pro tunc* to May 28, 2020. (Doc. 7)

2. On September 14, 2020, the Court accepted Mr. Shah's plea of guilty to a Criminal Information charging Conspiracy to Commit Offenses Against the United States, that is Wire Fraud (18 U.S.C. § 1343) and Major Fraud Against the United States (18 U.S.C. § 1031(a)), in violation of 18 U.S.C. § 371.

3. A sentencing hearing date has not yet been scheduled.[1]

---

[1] On January 28, 2022, the Court issued a Minute Order establishing March 4, 2002, by which David Shah may file his Motion to Withdraw Guilty Plea. A Motion to Withdraw Guilty Plea has not been filed by Mr. Shah.

1

4.     Mr. Shah and counsel no longer enjoy a genuine attorney-client relationship; the crucial elements of trust and confidence by and between this lawyer and defendant have been eroded beyond the point where the relationship may be satisfactorily restored.

Recently, Mr. Shah advised counsel of his utter lack of confidence and complete dissatisfaction with counsel's representation in this matter. It is further believed that provided the opportunity to do so before this Court, Mr. Shah will knowingly and voluntarily assent to the termination of the undersigned's representation.

5.     Because of the severe penalties (including the possibility of imprisonment) which Mr. Shah is facing, the Court should not compel him to proceed to sentencing with an attorney whom he no longer shares the essential elements of a viable and healthy attorney-client relationship.

6.     Counsel submits that granting leave to withdraw as counsel will not prejudice the parties or the Court, and/or otherwise will be in the interests of justice.

WHEREFORE, for the foregoing reasons and such other reasons that may appear just and proper, Allen H. Orenberg, counsel for hereby requests leave of Court to withdraw as counsel for David Shah in case no. 1:20-cr-0097-CKK-01.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: February 5, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2022, copies of the foregoing Motion for Leave to Withdraw as Counsel, along with a proposed Order, were served via CM/ECF to case registered parties and by postage prepaid first class mail and by e-mail to:

David Shah
6950 Almeda Ave., 2nd Fl. Apt.
Far Rockaway, New York 11692

E-Mail: davidshah70@yahoo.com

_____
Allen H. Orenberg